

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **Case No. 13-CR-00155-01-JED** |
| Plaintiff, | ) |
| | ) **ENHANCEMENT INFORMATION** |
| v. | ) [21 U.S.C. § 851: Prior Drug |
| | ) Convictions to Enhance Sentence] |
| JESUS UZZIEL RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |

**FILED**

NOV 1 3 2013

Phil Lombardi, Clerk
U.S. DISTRICT COURT

### THE UNITED STATES ATTORNEY CHARGES:

At the time of the offense charged in Count One of this case, the defendant, **JESUS UZZIEL RODRIGUEZ,** had been convicted of the following drug crime, to wit: Possess/Purchase for Sale Narc/CNTL SUB (Count 2), Case No. 2094046 18900602, in the Superior Court of California, County of San Francisco, State of California, on April 15, 2003, and as a result of this conviction, the defendant, **JESUS UZZIEL RODRIGUEZ,** is subject to increased punishment under Title 21, United States Code, Section 851.

Accordingly, the United States gives notice, pursuant to 21 U.S.C. § 851, that the increased statutory penalty for Count One and Two is a mandatory term of twenty (20) years and a maximum term of life imprisonment without release, and a fine of not more than $20,000,000.00.

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

ROBERT T. RALEY
Assistant United States Attorney